IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U2 HOME ENTERTAINMENT, INC., | No. C 05-03718 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| VISUAL TREASURES ET AL, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 31, 2006 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 23, 2006.

DESIGNATION OF EXPERTS (w/out reports: pltf 4/3/06, deft 5/1/06 ; PRODUCTION OF EXPERT REPORTS: pltf 5/1/06, deft 5/15/06.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 30, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by June 30, 3006;

    Opp. Due July 14, 2006;  Reply Due July 21, 2006;

    and set for hearing no later than August 4, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 5, 2006 at 3:30 PM.

JURY TRIAL DATE: September 18, 2006 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be three days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall complete a court mediation session before the next case management conference.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 1/17/06

*Susan Illston*
SUSAN ILLSTON
United States District Judge